UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN F. CANNIDA, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY DETENTION, *et al.*, <br><br> Defendant, | 2:07-cv-1616-KJD-RJJ <br><br><br> REPORT & RECOMMENDATION <br> OF UNITED STATES <br> <u>MAGISTRATE JUDGE</u> |

This matter is before the Court regarding Plaintiff, John F. Cannida's Application For Leave to Proceed *In Forma Pauperis* (#1) and the proposed Complaint (Attachment #1) thereto.

The Court having reviewed the Application (#1) and the proposed complaint attached thereto, makes the following findings:

1. On December 4, 2007, Plaintiff, John F. Cannida, filed an Application For Leave to Proceed *In Forma Pauperis* (#1) with a proposed Complaint (Attachment #1).

2. On December 13, 2007, the Court entered an Order (#2) setting a status hearing for January 8, 2008, at 9:00 a.m. Further, the Order (#2) advised Cannida that failure to attend the hearing "may result in this case being dismissed." Order (#2) at line 22.

3. The Order (#2) was served on the Plaintiff by Certified Mail. *See*, Certificate of Service (#6), date of delivery 12/15/07

4. Plaintiff, John F. Cannida did not appear at the hearing scheduled for January 8, 2008, and further did not contact the Court to provide a reason for his non-appearance at said hearing.

5. On January 18, 2008, the Court issued an Order to Show Cause (#4) ordering Plaintiff, John F. Cannida to appear before the undersigned Magistrate Judge on February 22, 2008. Further, the Order to Show Cause (#4) advised Cannida that failure to appear at the hearing on February 22, 2008, "may result in a recommendation that this case be dismissed." Order (#4) at pg. 1, lines 27-28.

6. The Order to Show Cause (#4) was served on the Plaintiff by Certified Mail. *See*, Certificate of Service (#6), date of delivery 1/19/08.

7. Plaintiff, John F. Cannida did not appear at the Show Cause Hearing scheduled for February 22, 2008, and further did not contact the Court to provide a reason for his non-appearance at said hearing.

8. Plaintiff, John F. Cannida has failed to respond to two orders from the Court.

9. Plaintiff John F. Cannida has filed no requests for extensions of time.

10. Plaintiff, John F. Cannida has had no communication with the Court since the filing of his Application For Leave to Proceed *In Forma Pauperis* (#1) on December 4, 2007.

11. It appears that Plaintiff, John F. Cannida has abandoned this case.

Based on the foregoing and good cause appearing therefore,

### RECOMMENDATION

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that Plaintiff, John F. Cannida's Application For Leave to Proceed *In Forma Pauperis* (#1) be **DENIED.**

IT IS FURTHER RECOMMENDED that this case be **DISMISSED WITH PREJUDICE.**

### NOTICE

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address

1  and brief the objectionable issues waives the right to appeal the District Court's order and/or
2  appeal factual issues from the order of the District Court. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
3  Cir. 1991); <u>Britt v. Simi Valley United Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).
4      DATED this  28th  day of March, 2008.

                                                 _____
                                                 ROBERT J. JOHNSTON
                                                 United States Magistrate Judge