**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN F. CANNIDA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:07-cv-1616-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CLARK COUNTY DETENTION CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This is a civil rights action initiated *pro se* by John F. Cannida. Plaintiff filed an application for leave to proceed *in forma pauperis* (docket #1) on December 4, 2007.

Thereafter, the United States Magistrate Judge assigned to this action twice set status hearings, and ordered plaintiff to appear. Plaintiff did not appear for those status hearings, and did not communicate with the court in any manner.

On March 28, 2008, the United States Magistrate Judge entered a report and recommendation (docket #7), finding that plaintiff has apparently abandoned this case, and recommending that the application for leave to proceed *in forma pauperis* be denied, and the case be dismissed.

Plaintiff had until April 13, 2008, to file any objection to the report and recommendation. Plaintiff filed no objection.

**IT IS THEREFORE ORDERED** that the report and recommendation of the United States Magistrate Judge (docket #7) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that plaintiff's application for leave to proceed *in forma pauperis* (docket #1) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT ACCORDINGLY.**

DATED: May 1, 2008.

UNITED STATES DISTRICT JUDGE